BRANDY NICOLE BAXTER
219 ROCKHILL TO LUMBERTON
LUMBERTON, MS 39455

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADVANCE RECOVERY
PO BOX 321472
FLOWOOD, MS 39232

BANK OF WIGGINS
PO BOX 67
WIGGINS, MS 39577

CAMP & JOHNSON
PO BOX 529
JACKSON, MS 39205

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

COMENITY BANK
ATTN: BANKRUPTCY
P.O.BOX 182273
COLUMBUS, OH 43218

ENT SURGICAL
138 PARK PLACE BLVD
MADISON, MS 39110

FMOLHS
P.O. BOX 679302
DALLAS, TX 75267-9302

HMC GROUP
ATTN: BANKRUPTCY
29065 CLEMENS RD
STE 200
WESTLAKE, OH 44145

KAREN LEAMAN
1902 HWY 13
LUMBERTON, MS 39455

KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534

MARY BAXTER
47 WIGGINS RD
PERKINSTON, MS 39573

MEMORIAL HOSPITAL
4500 13TH STREET
P.O. BOX 1810
GULFPORT, MS 39501

MENDELSON LAW FIRM
PO BOX 17235
MEMPHIS, TN 38187

MERIT HEALTH
5001 HARDY ST
HATTIESBURG, MS 39402

NELNET
PO BOX 82561
LINCOLN, NE 68501

NISSAN MOTOR ACCEPTANC
POB 660366
DALLAS, TX 75266

PAYPAL
P.O. BOX 105658
ATLANTA, GA 30348-5658

PERSONAL FINANCE
1835 HARDY ST
HATTIESBURG, MS 39401

PORTFOLIO RECOVERY
PO BOX 4115
CONCORD, CA 94524

UPLIFT, INC.
ATTN: BANKRUPTCY
275 BATTERY STREET
SAN FRANCISCO, CA 94111

WORLD FINANCE CORP
P.O.BOX 6429
GREENVILLE, SC 29606