United States Bankruptcy Court
Southern District of Mississippi

In re: Brandy Nicole Baxter, Debtor

Case No. 26-51731-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2
Date Rcvd: Nov 23, 2026 | Form ID: pdf012 | Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Brandy Nicole Baxter, 219 Rockhill To Lumberton Rd, Lumberton, MS 39455 |
| 5737108 | + | Camp & Johnson, PO Box 529, Jackson, MS 39205-0529 |
| 5737111 | + | ENT Surgical, 138 Park Place Blvd, Madison, MS 39110-2102 |
| 5737112 | | FMOLHS, P.O. Box 679302, Dallas, TX 75267-9302 |
| 5737114 | + | Karen Leaman, 1902 Hwy 13, Lumberton, MS 39455-5901 |
| 5737116 | + | Mary Baxter, 47 Wiggins Rd, Perkinston, MS 39573-4966 |
| 5737117 | + | Memorial Hospital, 4500 13th Street, P.O. Box 1810, Gulfport, MS 39502-1810 |
| 5737119 | + | Merit Health, 5001 Hardy St, Hattiesburg, MS 39402-1308 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 23 2026 19:15:00 | Nissan Motor Acceptance Corp., 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Email/Text: stephenbinning@ymail.com | Nov 23 2026 19:16:00 | Personal Finance LLC, 1835 Hardy Street, Hattiesburg, MS 39401, UNITED STATES 39401-4914 |
| 5737106 | + | Email/Text: sbridwell@arscollections.com | Nov 23 2026 19:16:00 | Advance Recovery, PO Box 321472, Flowood, MS 39232-1472 |
| 5737107 | + | Email/Text: taure_beckham@bankofwiggins.com | Nov 23 2026 19:16:00 | Bank of Wiggins, PO Box 67, Wiggins, MS 39577-0067 |
| 5737109 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2026 19:17:16 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5737110 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 23 2026 19:16:00 | Comenity Bank, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5737113 | + | Email/Text: hmcgrp@aol.com | Nov 23 2026 19:15:00 | Hmc Group, Attn: Bankruptcy, 29065 Clemens Rd, Ste 200, Westlake, OH 44145-1179 |
| 5737115 | + | Email/Text: melissa.martin@kfcu.org | Nov 23 2026 19:15:00 | Keesler FCU, Attn: Bankruptcy, Po Box 7001, Biloxi, MS 39534-7001 |
| 5737118 | | Email/Text: cdavenport@lawmemphis.com | Nov 23 2026 19:15:00 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 5737120 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 23 2026 19:16:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5737121 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 23 2026 19:15:00 | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 5737122 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 23 2026 19:27:35 | Paypal, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 5737123 | + | Email/Text: stephenbinning@ymail.com | Nov 23 2026 19:16:00 | Personal Finance, 1835 Hardy St, Hattiesburg, MS 39401-4914 |

| | | | | |
|---|---|---|---|---|
| 5737124 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2026 19:27:49 | Portfolio Recovery, PO Box 4115, Concord, CA 94524-4115 |
| 5737125 | | Email/Text: bankruptcies@uplift.com | Nov 23 2026 19:15:00 | Uplift, Inc., Attn: Bankruptcy, 275 Battery Street, San Francisco, CA 94111 |
| 5737126 | + | Email/Text: bk@worldacceptance.com | Nov 23 2026 19:16:00 | World Finance Corp, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brandy Nicole Baxter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**

**BRANDY NICOLE BAXTER** — **CASE NO.: 26-51731-KMS**

**DEBTOR.** — **CHAPTER 7**

## ORDER EXTENDING DEADLINES AND NOTICE OF RESCHEDULED § 341 MEETING OF CREDITORS

This matter is before the Court *sua sponte*. Upon consideration of the Chapter 7 Trustee's Proceeding Memo (Dkt. No. 14) continuing the § 341 Meeting of Creditors ("§ 341 Meeting"), the Court finds that the service interruption of the Bankruptcy Noticing Center ("BNC") prevented timely and or proper notice of the § 341 Meeting originally scheduled for November 18, 2026. The Trustee has rescheduled the § 341 Meeting to permit proper notice and opportunity for creditors to participate.

**YOU ARE HEREBY NOTIFIED** that the § 341 Meeting is rescheduled for **January 13, 2027** at **1:00 p.m.**, to be conducted by **Zoom Meeting. Go to zoom.us/join, enter Meeting ID 737 172 4879 and Passcode 9305294709, or call 769-219-3337**.

Accordingly, it is **ORDERED** that:

The deadlines for filing the following are extended through the date that is 60 days after the conclusion of the § 341 Meeting:

1. Complaint objecting to discharge under § 727(a);
2. Complaint to determine the dischargeability of a debt under § 523(c);
3. Motion objecting to discharge under §§ 727(a)(8) or (a)(9); or
4. Motion requesting an extension of time to file a complaint or motion objecting to discharge.

**##END OF ORDER##**